## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, et al.,** ) ) ) | |
| **Plaintiffs,** ) ) ) | |
| v. ) ) | **Civil Case No. 16-236 (RJL)** |
| **BRIAN D. NEWBY,** in his capacity as the Executive Director of the United States Election Assistance Commission, and **UNITED STATES ELECTION ASSISTANCE COMMISSION,** ) ) ) ) ) ) ) | |
| **Defendants,** ) ) | |
| **KANSAS SECRETARY OF STATE KRIS W. KOBACH** and **PUBLIC INTEREST LEGAL FOUNDATION,** ) ) ) ) | |
| **Defendant-Intervenors.** ) | |

**FILED**

**JUN 2 9 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(June **29**, 2016) [Dkts. ##11, 91]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for a Preliminary Injunction [Dkt. #11] is

**DENIED**; and it is further

**ORDERED** that the parties shall confer and submit a proposed scheduling

order(s) to govern the dispositive motions phase of this case no later than July 8, 2016;

and it is further

**ORDERED** that plaintiffs' Motion for Status Conference[1] [Dkt. #91] is **DENIED AS MOOT.**

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

---

[1] Plaintiffs expressed concern in today's Motion for Status Conference about the timing of this Court's decision on their pending Motion for a Preliminary Injunction. Footnote 11 in the accompanying opinion might help them appreciate how their Motion for a Preliminary Injunction, however meritorious, could not receive this Court's undivided attention.